UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION　　　　　　　　　　MDL No. 3166

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On December 12, 2025, the Panel transferred 12 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Richard Seeborg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Seeborg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 12, 2025, and, with the consent of that court, assigned to the Honorable Richard Seeborg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 23, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

IN RE: ROBLOX CORPORATION CHILD SEXUAL
EXPLOITATION AND ASSAULT LITIGATION                              MDL No. 3166

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 25−01044 | Doe v. Roblox Corporation et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 25−00740 | Doe R.S. v. Roblox Corporation |
| **NEBRASKA** | | | |
| NE | 4 | 25−03215 | Doe v. Roblox Corporation |
| **NEVADA** | | | |
| NV | 2 | 25−02222 | Doe et al v. Roblox Corporation |
| **NEW JERSEY** | | | |
| NJ | 1 | 25−16832 | JANE DOE S.C. v. ROBLOX CORPORATION et al |
| **OHIO NORTHERN** | | | |
| OHN | 1 | 25−02373 | Doe v. Roblox Corporation |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 25−05709 | DOE et al v. ROBLOX CORPORATION et al |
| PAE | 2 | 25−05715 | DOE et al v. ROBLOX CORPORATION et al |
| PAE | 2 | 25−05768 | DOE et al v. ROBLOX CORPORATION et al |
| **TENNESSEE MIDDLE** | | | |
| TNM | 3 | 25−01288 | Doe v. Roblox Corporation |
| **TEXAS EASTERN** | | | |
| TXE | 5 | 25−00165 | Doe M.S., individually and as surviving parent et al v. Roblox Corporation et al |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 25−04693 | Doe v. Roblox Corporation et al |